UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| GORSS MOTELS, INC. and E & G, INC., individually and as the representatives of a class of similarly-situated persons,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SAFEMARK SYSTEMS, LP and JOHN DOES 1-5,<br><br>　　　　　Defendants. | Case No. 6:16-cv-1638-Orl-31DCI |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Gorss Motels, Inc. and E & G, Inc., hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Court's Order granting summary judgment to Defendant, Safemark Systems, LP, on November 15, 2018 (Doc. 111), and the Judgment in a Civil Case entered on November 16, 2018 (Doc. 112).

The Eleventh Circuit previously granted Plaintiffs' Petition for Permission to Appeal pursuant to Fed. R. Civ. P. 23(f) on June 15, 2018, which appeal the Eleventh Circuit has docketed under General Docket Number 18-12511-C.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　GORSS MOTELS, INC. and E & G, INC.,
　　　　　　　　　　　　　　　　　　　individually and as the representatives of a class of
　　　　　　　　　　　　　　　　　　　similarly-situated persons

　　　　　　　　　　　　　By:　　　s/ Ryan M. Kelly
　　　　　　　　　　　　　　　　　　　Ryan M. Kelly – FL Bar No. 90110

　　　　　　　　　　　　　　　　　　　ANDERSON + WANCA
　　　　　　　　　　　　　　　　　　　3701 Algonquin Road, Suite 500

Rolling Meadows, IL  60008
Telephone:  847-368-1500
rkelly@andersonwanca.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on December 17, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which I will send notification to all counsel of record.

                                        s/ Ryan M. Kelly
                                        Ryan M. Kelly