# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

Nos. 18-12511-FF & 18-15232-FF

GORSS MOTELS, INC.,
a Connecticut corporation, individually and
as the representative of a class of similarly-situated persons,
E&G, INC., a West Virginia corporation, individually and
as the representatives of a class of similarly-situated persons,

               Plaintiffs - Appellants,

versus

SAFEMARK SYSTEMS, LP,

               Defendant - Appellee.

On Appeals from the United States District Court for the
Southern District of Florida

ORDER:

Appellants' motion consolidate this appeal 18-12511 with 18-15232 is Hereby GRANTED.

      DAVID J. SMITH
      Clerk of the United States Court of
      Appeals for the Eleventh Circuit

      ENTERED FOR THE COURT - BY DIRECTION

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 16, 2019

Glenn L. Hara
Anderson Wanca
3701 ALGONQUIN RD STE 500
ROLLING MEADOWS, IL 60008

Appeal Number: 18-12511-X ; 18-15232 -FF
Case Style: Gorss Motels, Inc., et al v. Safemark Systems, LP
District Court Docket No: 6:16-cv-01638-GAP-DCI

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Stephanie Tisa
Phone #: (305) 579-4432

MOT-2 Notice of Court Action