# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 30, 2019

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 18-12511-GG   ; 18-15232 -GG
Case Style: Gorss Motels, Inc., et al v. Safemark Systems, LP
District Court Docket No: 6:16-cv-01638-GAP-DCI

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

Nos. 18-12511 ; 18-15232

_____

District Court Docket No.
6:16-cv-01638-GAP-DCI

GORSS MOTELS, INC.,
a Connecticut corporation, individually and
as the representative of a class of similarly-situated persons,
E&G, INC., a West Virginia corporation, individually and
as the representatives of a class of similarly-situated persons,

          Plaintiffs - Appellants,

versus

SAFEMARK SYSTEMS, LP,

          Defendant - Appellee.

_____

Appeals from the United States District Court for the
Middle District of Florida

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 26, 2019
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch

ISSUED AS MANDATE 09/30/2019